DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN RINCON-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 10-480-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JUAN RINCON-LOPEZ, | DATE: February 15, 2011 |
| | Time: 9:30 a.m. |
| | Judge: John A. Mendez |
| Defendant. | |

Defendant JUAN RINCON-LOPEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for January 11, 2011, be rescheduled for a status conference on Tuesday, February 15, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for February 15, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: January 7, 2011

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    JUAN RINCON-LOPEZ

DATED:  January 7, 2011        BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/  Dennis S. Waks for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

**SO ORDERED.**

Dated: 1/7/2011

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge