1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JUAN RINCON-LOPEZ
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  CR.S. 10-480-JAM
11                                   )
                      Plaintiff,     )  STIPULATION AND ORDER
12                                   )  TO EXTEND TIME FOR STATUS
        v.                           )  CONFERENCE AND EXCLUDE TIME
13                                   )
   JUAN RINCON-LOPEZ,                )  DATE:  March 15, 2011
14                                   )  Time:  9:30 a.m.
                                     )  Judge: John A. Mendez
15                      Defendant.   )
   _____   )
16

17      Defendant JUAN RINCON-LOPEZ, by and through his counsel,

18  DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

19  United States Government, by and through its counsel, MICHELE

20  BECKWITH, Assistant United States Attorney, hereby stipulate that

21  the status conference set for February 15, 2011, be rescheduled

22  for a status conference on Tuesday, March 15, 2011, at 9:30 a.m.

23      This continuance is being requested because defense counsel

24  requires additional time to review discovery, obtain and review

25  the pre-plea presentence report, discuss the case with the

26  government, and pursue investigation.

27      Speedy trial time is to be excluded from the date of this

28  order through the date of the status conference set for March 15,

                                    1

2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

time to prepare] (Local Code T4).

DATED: February 7, 2011

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JUAN RINCON-LOPEZ

DATED:  February 7, 2011                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: 2/8/2011


                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge