```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN RINCON-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-480-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| JUAN RINCON-LOPEZ, ) | DATE: April 26, 2011 |
| ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |

Defendant JUAN RINCON-LOPEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for March 15, 2011, be rescheduled for a status conference on Tuesday, April 26, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation. This case has some unique issues which require the defense to do additional legal research.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for April 26, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: March 11, 2011

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  JUAN RINCON-LOPEZ

DATED:  March 11, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/  Dennis S. Waks for
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: 3/14/2011

                                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Court Judge