DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN RINCON-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-480-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| JUAN RINCON-LOPEZ, ) | DATE: May 17, 2011 |
| ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |

Defendant JUAN RINCON-LOPEZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for April 26, 2011, be rescheduled for a status conference on Tuesday, May 17, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation. This case has some unique issues which require the defense to do additional legal research.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for May 17, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: April 22, 2011

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      JUAN RINCON-LOPEZ

DATED:  April 22, 2011             BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/  Dennis S. Waks for
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney

**SO ORDERED.**

Dated: April 22, 2011

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Court Judge